THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VIKING GROUP, INC.; THE VIKING CORPORATION; and SUPPLY NETWORK, INC. d/b/a VIKING SUPPLYNET,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01112-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING THIRD STIPULATED MOTION TO RESET INITIAL SCHEDULING DATES |

Before the Court is the Parties' Third Stipulated Motion to Reset Initial Scheduling Dates ("the Motion") (Dkt. # 20). The Court has considered the Motion on file. Fully advised, it is hereby ordered that:

　　1.　　The Motion is GRANTED.

　　2.　　The initial scheduling deadlines are EXTENDED as follows:

//

//

//

//

[~~PROPOSED~~] ORDER GRANTING THIRD STIPULATED MOTION TO RESET INITIAL SCHEDULING DATES - 1
(Case No. 2:23-cv-01112-JLR)

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Deadline to Answer: | October 30, 2023 | December 14, 2023 |
| Deadline for Fed. R. Civ. P. 26(f) Conference: | November 23, 2023 | January 8, 2024 |
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): | December 7, 2023 | January 22, 2024 |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f): | December 14, 2023 | January 29, 2024 |

3.  No further extensions of these deadlines will be granted.

IT IS SO ORDERED.

Dated this 24th day of October, 2023.

_____
THE HONORABLE JAMES L. ROBART
SENIOR UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING THIRD STIPULATED MOTION TO RESET INITIAL SCHEDULING DATES - 2
(Case No. 2:23-cv-01112-JLR)

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401

*Presented by:*

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **CLEMENT & DROTZ PLLC** |
| By: *s/ Per D. Jansen* <br> Per D. Jansen, WSBA #49966 <br> 1301 Second Avenue, Suite 2800 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: per.jansen@morganlewis.com <br><br> *Attorneys for Defendants* | By: *s/ Marnie H. Silver* <br> Marnie H. Silver, WSBA #34002 <br> 4205 148th Avenue NE, Suite 201 <br> Bellevue, WA 98007 <br> Phone: (206) 448-2565 <br> Fax: (206) 219-4819 <br> msilver@clementdrotz.com <br><br> **LAW OFFICES OF ROBERT A. STUTMAN, P.C.** <br><br> Daniel Hogan, *Pro Hac Vice* <br> Jonathan B. Acklen, *Pro Hac Vice* <br> 500 Office Center Drive, Suite 301 <br> Fort Washington, PA 19034 <br> Phone: (215) 283-1177 <br> Email: hogand@stutmanlaw.com <br> Email: acklenj@stutmanlaw.com <br><br> *Attorneys for Plaintiff* |

[PROPOSED] ORDER GRANTING THIRD STIPULATED MOTION TO RESET INITIAL SCHEDULING DATES - 3
(Case No. 2:23-cv-01112-JLR)

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401